

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN THE INTEREST OF L. A-K., A CHILD, | § | No. 08-18-00066-CV |
| | § | Appeal from the |
| Appellant. | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM8567) |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's motion asking that we stay or suspend the withholding order pending appeal and that we abate the appeal pending determination of various motions Appellant has filed in the trial court, including a motion to enforce his right to visitation with the child. The withholding order will not be stayed or suspended pending appeal. The pendency of the appeal does not prevent the trial court from ruling on a motion to enforce the access and possession order. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 20th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.